Entered: June 29th, 2017
Signed: June 28th, 2017

**SO ORDERED**

The proposed order has been edited by the court.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## At Greenbelt

IN RE:

**ROBERT MICHAEL RYCE, SR.**           Case No.: 15-25505
                                        Chapter 11

       Debtor- in-Possession

### ORDER CONFIRMING CHAPTER 11 PLAN OF REORGANIZATION

UPON CONSIDERATION of the Amended Plan, docket entry #169, and Disclosure Statement, docket entry #116, approved by this Honorable Court on April 6, 2017, docket entry #148, filed by the Debtor in Possession, Robert Michael Ryce, Sr., and after notice having been transmitted to all creditors, parties in interest and other persons entitled to notice in accordance with Bankruptcy Rules 2002 and 3017; after having reviewed the plan, the showing made by parties who attended the confirmation on June 26, 2017; and it having been determined that the requirements for confirmation set forth in 11 U.S.C. Sections 1129(a) and Section 1129(b), if required, have been satisfied, it IS BY THE United States Bankruptcy Court for the District of Maryland,

      ORDERED as follows:

1. The plan is hereby confirmed.

2. The automatic stay shall terminate as to the collateral securing: Class II (Rushmore is the secured creditor and the loan has been modified); Class IV (Seterus, Inc. is the secured creditor and the loan has been modified); Class V (CitiMortgage, Inc. is the secured creditor and the loan has been modified); Class VI (CitiMortgage, Inc. is the secured creditor and the loan has been modified); Class VII (CitiMortgage, Inc. is the secured creditor and the loan has been modified); Class VIII (Fay is the secured creditor and the Debtor is in a trial modification. All payments have been made under the terms of the trial modification); Class X (Seterus, Inc. is the secured creditor and the loan has been modified); and Class XI (Seterus, Inc. is the secured creditor and the loan has been modified), creditors as of the Effective Date and the default provisions of the Deeds of Trust, modified loan documents, as to each of the Claims, shall apply to the payment terms as provided for herein.

3. The Debtor's plan provides for the curing of both pre- and post-petition arrearages, from the date of filing through February 1, 2017, due the Class IX creditor, DiTech. The automatic stay shall terminate as to the collateral securing Class IX as of the Effective Date and the default provisions of the Deeds of Trust, modified loan documents and the repayment terms set forth in the Amended Chapter 11 Plan shall apply to the payment terms as provided herein.

4. The tax and insurance provisions of the existing Deeds of Trust shall apply.

5. The holders of all secured claims shall retain their liens as to their secured claims until satisfied as provided in the Plan.

6. Notwithstanding anything to the contrary, this Court retains jurisdiction in this

bankruptcy case.

cc:
    Debtor
    Counsel for Debtor
    U.S.Trustee
    All creditors and parties in interest

END OF ORDER