```
                          United States Bankruptcy Court
                              District of Maryland
In re:                                                          Case No. 15-25505-TJC
Robert Michael Ryce, Sr.                                        Chapter 11
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: smckenna              Page 1 of 1                  Date Rcvd: May 22, 2018
                              Form ID: pdfparty           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Robert Michael Ryce, Sr.,    5590 Smallwood Church Road,    Indian Head, MD 20640-3555
cr             +Fay Servicing, LLC,    The Alba Law Group, P.A.,    11350 McCormick Road,
                 Executive Plaza III Suite 200,    Hunt, Valley, MD 21031-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              Christina M. Williamson    christina.williamson@bww-law.com,    bankruptcy@bww-law.com
              Daniel O. Callaghan    bankruptcy@bww-law.com
              Gary A. Rosen    trusteerosen@gmail.com,    md40@ecfcbis.com,grosen@garyrosenchartered.com
              Kevin R. Feig    kevin.feig@bww-law.com,    bankruptcy@bww-law.com
              Kimberly D. Marshall    somdbankruptcy@aol.com,    somdbankruptcy@gmail.com
              Kyle J. Moulding    bankruptcymd@mwc-law.com
              Lynn A. Kohen    lynn.a.kohen@usdoj.gov
              Mark David Meyer    bankruptcy@rosenberg-assoc.com
              Mark S. Devan    bankruptcy@albalawgroup.com
              Scott Elliot Nadel    scottnadel@lojnlaw.com,    jeff@lojnlaw.com
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
                                                                                             TOTAL: 11
```



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

IN RE:

**ROBERT MICHAEL RYCE, SR.**           Case No.: **15-25505**
                                       Chapter 11

*Debtor-In-Possession.*

### ORDER AUTHORIZING LOAN MODIFICATION

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor is authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion, that being the lien of PROF-2013-M4 Legal Title Trust II, y U.S. Bank National Association, s Legal Title Trustee, Fay Servicing, LLC, Servicer, secured by the real property known as 5760 Smallwood Church Road, Indian Head, MD 20640; and it is further,

ORDERED, that this order does not alter or affect the status or priority of any other existing lien on the real property that is the subject of the loan modification.

cc: Robert Michael Ryce, Sr., 5590 Smallwood Church Road, Indian Head, MD  20640
Kimberly D. Marshall, Esquire, 603 Post Office Road, Suite 209, Waldorf, MD 20602.
Fay Servicing, LLC, 440 S. LaSalle Street, Suite, 2000, Chicago, IL 60605

END OF ORDER